IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| WERNER KARL HEGEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-00179-D-BR |
| | ) | |
| M&M AMERICAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OBJECTIONS TO EXHIBITS AND DESIGNATED
VIDEOTAPED DEPOSITION TESTIMONY DISCLOSED
<u>IN PLAINTIFF'S RULE 26(a)(3) DISCLOSURES</u>**

TO:   Plaintiff, by service upon his attorneys of record, Mr. Richard Bowen, Law Office of Richard K. Bowen, P. O. Box 119, Springfield, VT  05156 and Mr. Warren Armstrong, 11551 Forest Central Drive, Forest Central II, Suite 300, Dallas, TX  75243

Defendant makes the following objections pursuant to Rule 26(a)(3) to the following exhibits and designated videotaped deposition testimony:

| **Plaintiff's Exhibits** | **Description** | **Objection** |
|---|---|---|
| PX-001 | Police report – Texas Department of Transportation | No objection. |
| PX-002 | Defendant Ratavius Dandre Buchanan's driver's license (M&M00038) | No objection. |
| **Photographs** | | |
| PX-003 | 11 property damage photographs (produced by plaintiff) | No objection. |
| PX-004 | 8 property damage photographs (M&M00002 and M&M00004-00010) | No objection. |
| **Medical/Billing Diagnostic Imaging Records** | | |
| PX-005 | Summary of Medical Expenses (paid and | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |

|  | outstanding) |  |
|---|---|---|
| PX-006 | Pertinent medical records | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-007 | Billing records from Vega Volunteer Fire & Rescue 4/24/16 | No objection. |
| PX-008 | Medical records from Vega Volunteer Fire & Rescue 4/24/16 | No objection. |
| PX-009 | Billing records from Putney Family Healthcare 4/24/16-11/27/18 | No objection. |
| PX-010 | Medical records from Putney Family Healthcare 4/24/16-4/27/17 | No objection. |
| PX-011 | Billing records from Brattleboro Memorial Hospital 04/24/16 – 11/27/18 | No objection. |
| PX-012 | Billing records from Brattleboro Memorial Hospital 11/27/18 – 08/28/19 | Defendant objects to this exhibit as it has not yet been provided to Defendant.  Once it has been produced, Defendant may or may not have an objection to the exhibit. |
| PX-013 | Medical records from Brattleboro Memorial Hospital 06/15/16 – 04/26/18 | No objection. |
| PX-014 | Medical records from Brattleboro Memorial Hospital 04/26/18 – 07/29/19 | No objection. |
| PX-015 | Diagnostic Imaging Films from Brattleboro Memorial Hospital 01/02/18 – 04/26/18 | No objection. |
| PX-016 | Diagnostic Imaging Films from Brattleboro Memorial Hospital 04/26/18 | Defendant objects on the basis that this exhibit is duplicative of Plaintiff's Exhibit PX-015. |
| PX-017 | Billing records form Northwest Texas Healthcare System 04/25/16 – 04/27/16 | No objection. |
| PX-018 | Medical records form Northwest Texas Healthcare System 04/25/16 – 04/27/16 | No objection. |

| | | |
|---|---|---|
| PX-019 | Diagnostic Imaging Films from Northwest Texas Healthcare System 04/25/16 – 04/27/16 | No objection. |
| PX-020 | Billing records from Maple Valley Physical Therapy 07/04/16 – 09/02/16 | No objection. |
| PX-021 | Medical records from Maple Valley Physical Therapy 07/04/16 – 09/02/16 | No objection. |
| PX-022 | Billing records from Dartmouth-Hitchcock Medical Center 06/15/16 – 12/24/18 | No objection. |
| PX-023 | Billing records from Dartmouth-Hitchcock Medical Center 12/25/18 – 07/19/19 | No objection. |
| PX-024 | Medical records from Dartmouth-Hitchcock Medical Center 08/30/16 – 12/24/18 | Defendant objects on the basis that this exhibit along with exhibits PX-025 & PX-026 are not the complete medical record as it excludes records from 04/24/16 – 02/04/19. Defendant will withdraw this objection when the Plaintiff represents that he will use the entire medical record from Dartmouth-Hitchcock Medical Center. |
| PX-025 | Medical records from Dartmouth-Hitchcock Medical Center 12/24/18 – 06/03/19 | Defendant objects on the basis that this exhibit along with exhibits PX-024 & PX-026 are not the complete medical record as it excludes records from 04/24/16 – 02/04/19. Defendant will withdraw this objection when the Plaintiff represents that he will use the entire medical record from Dartmouth-Hitchcock Medical Center. |
| PX-026 | Medical records from Dartmouth-Hitchcock Medical Center 03/04/19 – 06/13/19 | Defendant objects on the basis that this exhibit along with exhibits PX-024 & PX-025 are not the complete medical record as it excludes records from 04/24/16 – 02/04/19. Defendant will withdraw this objection when the Plaintiff represents that he will use the entire medical record from Dartmouth-Hitchcock Medical Center. |
| PX-027 | Diagnostic Imaging Films from Dartmouth Hitchcock Medical Center 12/19/18 – | Defendant objects on the basis that this exhibit along with exhibit PX-028 are not the complete medical record as it excludes |

|  | 12/24/18 | records from 04/24/16 – 02/04/19. Defendant will withdraw this objection when the Plaintiff represents that he will use the entire medical record from Dartmouth-Hitchcock Medical Center. |
|---|---|---|
| PX-028 | Diagnostic Imaging Films from Dartmouth Hitchcock Medical Center 12/19/18 – 12/24/18 | Defendant objects on the basis that this exhibit along with exhibit PX-027 are not the complete medical record as it excludes records from 04/24/16 – 02/04/19. Defendant will withdraw this objection when the Plaintiff represents that he will use the entire medical record from Dartmouth-Hitchcock Medical Center. |
| PX-029 | Billing records from Doctors Professional Services 05/13/17 – 06/30/18 | No objection. |
| PX-030 | Medical records from Doctors Professional Services 05/13/17 – 06/30/18 | No objection. |
| PX-031 | Medical records from Doctors Professional Services 07/13/18 – 09/25/19 | No objection. |
| PX-032 | Billing records from Psychiatry and Behavioral Health at Lebanon 03/14/19 | No objection. |
| PX-033 | Medical records from Psychiatry and Behavioral Health at Lebanon 03/14/19 | No objection. |
| PX-034 | Diagnostic Imaging Films from Behavioral Health at Lebanon 04/24/16 – 12/19/18 | No objection. |
| **Plaintiff's Life Care Plan/Expert Material** |  |  |
| PX-035 | Preliminary Rehabilitation Evaluation and Plan of Rodney Isom, PhD, CRC | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-036 | Preliminary Life Care Plan of Rodney Isom, PhD, CRC | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |

| | | |
|---|---|---|
| PX-037 | Curriculum Vitae of Rodney Isom, PhD, CRC | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| **Deposition Exhibits** | | |
| PX-038 | Exhibit 2 to the 04/24/20 deposition of Charles Batt, MD(CV) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-039 | Exhibit 3 to the 4/24/20 deposition of Charles Batt, MD (Psychiatric Evaluation, 05/26/17 – 06/20/17) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-040 | Exhibit 4 to the 04/24/20 deposition of Charles Batt, MD (BATT00033 – 00126) | Defendant objects to Exhibit 4 attached to the deposition of Dr. Batt.  It purports to be his medical record but also contains his report generated for litigation purposes.  Defendant has no objection to the handwritten notes but does object to the typewritten report. |
| PX-041 | Exhibit 5 to the 4/24/20 deposition of Charles Batt, MD (BATT00127 – 00172) | No objection except for Bates Nos. BATT00157, BATT00159, BATT00161, BATT00163, BATT00165, BATT00169 and BATT00171, as the same constitutes a report in the guise of a medical record and is hearsay pursuant to Rule 802, Federal Rules of Evidence. |
| PX-042 | Exhibit 6 to the 4/24/20 deposition of Charles Batt, MD (BATT00173 - 00174) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-043 | Exhibit 7 to the 4/24/20 deposition of Charles Batt, MD (BATT00017 - 00176) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-044 | Exhibit 8 to the 4/24/20 deposition of Charles Batt, MD (BATT00177 - 00178) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-045 | Exhibit 9 to the 4/24/20 deposition of Charles Batt, MD (Rehabilitation and Life Care Plan, Dr. Burke) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-046 | Exhibit 11 to the 4/24/20 deposition of Charles Batt, MD (Correspondence with Dr. Batt) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-047 | Exhibit 12 to the 4/24/20 deposition of Charles Batt, MD (Articles provided by Batt) | Objection.  Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority.  Furthermore, Defendant objects to the document being admitted into evidence |

| | | under Rule 803 (18) (B) of the Federal Rules of Evidence. |
|---|---|---|
| PX-048 | Exhibit 13 to the 4/24/20 deposition of Charles Batt, MD (Billing Statements) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-049 | Exhibit 14 to the 4/24/20 deposition of Charles Batt, MD (List of Testimony given by Dr. Batt) | Objection, Hearsay. Rule 802, Federal Rules of Evidence. Defendant objects as there is no Exhibit 14 attached to Dr. Batt's deposition. |
| PX-050 | Exhibit 15 to the 4/24/20 deposition of Charles Batt, MD (Visual Aid) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-051 | Exhibit 16 to the 4/24/20 deposition of Charles Batt, MD (Life Care Plan of Dr. Isom) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-052 | Exhibit 17 to the 4/24/20 deposition of Charles Batt, MD (Psychiatric Evaluation with Addendum) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-053 | Exhibit 18 to the 4/24/20 deposition of Charles Batt, MD (Transcranial Magnetic Stimulation Articles) | Objection. Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority. Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| PX-054 | Exhibit 19 to the 4/24/20 deposition of Charles Batt, MD (Medical records excluding Northwest Texas) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-055 | Exhibit 2 to the 9/26/19 deposition of Ingeborg Clark (Notes) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-056 | Exhibit 3 to the 9/26/19 deposition of Ingeborg Clark (Calendar Dates) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-057 | Exhibit 3A to the 9/26/19 deposition of Ingeborg Clark (Calendar Dates) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-058 | Exhibit 4 to the 9/26/19 deposition of Ingeborg Clark (Notes/Emails) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-059 | Exhibit 5 to the 9/26/19 | Objection. Hearsay, Rule 802, Federal Rules |

| | deposition of Ingeborg Clark (Notes/Emails) | of Evidence. |
|---|---|---|
| PX-060 | Exhibit 2 to the 07/23/19 Deposition of Werner Karl Hegemann (12 photos) | No objection. |
| PX-061 | Exhibit 2 to the 08/04/20 deposition of Rodney Isom, PhD, CRC | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-062 | Exhibit 3 to the 08/03/20 deposition of Raymond Martin, MD (Correspondence) | No objection. |
| PX-063 | Exhibit 4 to the 08/03/20 deposition of Raymond Martin, MD (Invoices) | No objection. |
| PX-064 | Exhibit 5 to the 08/03/20 deposition of Raymond Martin, MD (Trial Testimony List) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-065 | Exhibit 6 to the 08/03/20 deposition of Raymond Martin, MD (Martin Article 1) | Objection. Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority. Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| PX-066 | Exhibit 7 to the 08/03/20 deposition of Raymond Martin, MD (Martin Article 2) | Objection. Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority. Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| PX-067 | Exhibit 8 to the 08/03/20 deposition of Raymond Martin, MD (Mild Traumatic Brain Injury) | Objection. Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority. Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| PX-068 | Exhibit 9 to the 08/03/20 deposition of Raymond Martin, MD (Outcome of mTBI and cmTBI) | Objection. Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority. Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules |

| | | of Evidence. |
|---|---|---|
| PX-069 | Exhibit 10 to the 08/03/20 deposition of Raymond Martin, MD (Mood Disorders After TBI) | Objection. Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority. Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| PX-070 | Exhibit 11 to the 08/03/20 deposition of Raymond Martin, MD (rTMS Does Not Improve Cognitive Function in TBI) | Objection. Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority. Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| PX-071 | Exhibit 12 to the 08/03/20 deposition of Raymond Martin, MD (M&M's 4th Supplemental 26(a)(2) Disclosures) | No objection. |
| PX-072 | Exhibit 13 to the 08/03/20 deposition of Raymond Martin, MD (CV) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-073 | Exhibit 14 to the 08/03/20 deposition of Raymond Martin, MD (Martin Report 1) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-074 | Exhibit 15 to the 08/03/20 deposition of Raymond Martin, MD (Martin Report 2) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-075 | Exhibit 16 to the 08/03/20 deposition of Raymond Martin, MD (Rodney Isom's Life Care Plan) | Objection. Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-076 | Exhibit 2 to the 04/29/19 deposition of Robert Roth, PhD (CV) | No objection. |
| PX-077 | Exhibit 3 to the 04/29/19 deposition of Robert Roth, PhD (03/14/19 Neuropsychological Evaluation) | No objection. |
| PX-078 | Exhibit 2 to the 07/31/20 deposition of Steven C. Schneider, PhD (CV) | No objection. |

| | | |
|---|---|---|
| PX-079 | Exhibit 3 to the 07/31/20 deposition of Steven C. Schneider, PhD (Correspondence) | No objection. |
| PX-080 | Exhibit 4 to the 07/31/20 deposition of Steven C. Schneider, PhD (Invoices) | No objection. |
| PX-081 | Exhibit 5 to the 07/31/20 deposition of Steven C. Schneider, PhD (05/17/19 Report) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-082 | Exhibit 6 to the 07/31/20 deposition of Steven C. Schneider, PhD (07/16/20 Report) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-083 | Exhibit 7 to the 07/31/20 deposition of Steven C. Schneider, PhD (Robert Roth's Report) | No objection. |
| PX-084 | Exhibit 8 to the 07/31/20 deposition of Steven C. Schneider, PhD (Rodney Isom's Report) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-085 | Exhibit 9 to the 07/31/20 deposition of Steven C. Schneider, PhD (Rodney Isom's Life Care Plan) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-086 | Exhibit 10 to the 07/31/20 deposition of Steven C. Schneider, PhD (Invoice) | No objection. |
| PX-087 | Exhibit 1 to the 11/05/19 deposition of Vijay Thadani, MD (CV) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-088 | Exhibit 2 to the 11/05/19 deposition of Vijay Thadani, MD (Hegemann Report) | No objection. |
| PX-089 | Exhibit 3 to the 11/05/19 deposition of Vijay Thadani, MD (CT Reports) | No objection. |
| PX-090 | Exhibit 4 to the 11/05/19 deposition of Vijay Thadani, MD (Medical Visual) | Objection, Hearsay. Rule 802, Federal Rules of Evidence.<br>For use as a demonstrative only - no objection. |
| PX-091 | Exhibit 5 to the 11/05/19 deposition of Vijay | No objection |

|  | Thadani, MD (MRI Report) |  |
|---|---|---|
| PX-092 | Exhibit 6 to the 11/05/19 deposition of Vijay Thadani, MD (EEG Results) | No objection. |
| PX-093 | Exhibit 7 to the 11/05/19 deposition of Vijay Thadani, MD (Article) | Objection.  Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority.  Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| PX-094 | Exhibit 8 to the 11/05/19 deposition of Vijay Thadani, MD (Article) | Objection.  Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority.  Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| PX-095 | Exhibit 9 to the 11/05/19 deposition of Vijay Thadani, MD (Neuropsyche Evaluation) | No objection. |
| PX-096 | Exhibit 10 to the 11/05/19 deposition of Vijay Thadani, MD (Office Visit) | No objection. |
| PX-097 | Exhibit 11 to the 11/05/19 deposition of Vijay Thadani, MD (Article) | Objection.  Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority.  Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| PX-098 | Exhibit 12 to the 11/05/19 deposition of Vijay Thadani, MD (Martin Report) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-099 | Exhibit 13 to the 11/05/19 deposition of Vijay Thadani, MD (Martin Report) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-100 | Exhibit 14 to the 11/05/19 deposition of Vijay Thadani, MD (Medical Records) | No objection |

| | | |
|---|---|---|
| PX-101 | Exhibit 15 to the 11/05/19 deposition of Vijay Thadani, MD (Medical Records) | No objection. |
| PX-102 | Exhibit 16 to the 11/05/19 deposition of Vijay Thadani, MD (Medical Records) | No objection. |
| PX-103 | Exhibit 17 to the 11/05/19 deposition of Vijay Thadani, MD (VA Chart) | No objection. |
| PX-104 | Exhibit 18 to the 11/05/19 deposition of Vijay Thadani, MD (Document) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-105 | Exhibit 19 to the 11/05/19 deposition of Vijay Thadani, MD (ED Records) | Objection.  Duplicative of other exhibits. |
| PX-106 | Exhibit 20 to the 11/05/19 deposition of Vijay Thadani, MD (EMS Records) | No objection |
| **Demonstrative Evidence** | | |
| PX-107 | Future Cost Analysis Summary for Werner Hegemann | Objection.  Hearsay, Rule 802, Federal Rules of Evidence. |
| PX-108 | Summary of Medical Expenses (paid and outstanding) | Objection.  Hearsay, Rule 802, Federal Rules of Evidence.  Furthermore, Defendant has not seen this document and therefore cannot ascertain whether it complies with Texas law on paid or incurred medical expenses that are recoverable by Plaintiff. |

**Deposition of Vijay Thadani**                              **Objection**

| | |
|---|---|
| Page 43, line 9 – 17 | Objection, leading. Objection, there is no predicate in the record for the witness providing an opinion. |
| Page 48, line 2 - 12 | Objection.  Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority. Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of |

|  | Evidence. |
|---|---|
| Page 48, line 13 – 19 | Objection, leading. Objection, there is no predicate in the record for the witness providing an opinion. |
| Page 48, line 20 – 25 | Objection.  Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority. Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| Page 49, line 1 – 3 | Objection.  Hearsay, Rule 802 Federal Rules of Evidence. Objection, there is no predicate in the record that the article is a reliable authority. Furthermore, Defendant objects to the document being admitted into evidence under Rule 803 (18) (B) of the Federal Rules of Evidence. |
| Page 50, line 6 – 12 | Defendant objects on the basis that the question assumes a fact that is incorrect, argumentative and a sidebar remark. |

**Defendant objects to the failure of Plaintiff to utilize the following excerpts from Dr. Thadani's deposition.  For optional completeness, pursuant to Rule 106 of the Federal Rules of Evidence, Defendant would offer the following excerpts.**

| Page 50, line 25 – Page 51, line 1 – 22 |  |
|---|---|
| Page 51, line 23 – Page 52, line 1 - 8 |  |
| Page 53, line 11 – 25 |  |
| Page 54, line 1 – 9 |  |
| Page 55, line 24 – Page 56, line 1 |  |
| Page 61, line 3 - 14 |  |

WHEREFORE, PREMISES CONSIDERED, Defendant prays that these objections and requests be sustained and for further and general relief.

                Respectfully submitted,

                FARRIS PARKER & HUBBARD
                A Professional Corporation
                P. O. Box 9620
                Amarillo, TX 79105-9620
                (806) 374-5317; FAX: 372-2107

                By     /s/ Thomas D. Farris
                     Thomas D. Farris, SB# 06844700
                     tfarris@pf-lawfirm.com
                ***ATTORNEYS FOR DEFENDANT***


## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, the foregoing document was electronically served on the following:

Mr. Richard Bowen
*bowenlaw@vermontel.net*
Law Office of Richard K. Bowen
P. O. Box 119
Springfield, VT  05156
*Attorneys for Plaintiff*

Miller Weisbrod, LLP
  Mr. Clay Miller, *cmiller@millerweisbrod.com*
  Mr. Warren Armstrong, *warmstrong@millerweisbrod.com*
  Mr. Lawrence R. Lassiter, *llassiter@millerweisbrod.com*
11551 Forest Central Drive
Forest Central II, Suite 300
P. O. Box 821329 (75382)
Dallas, TX  75243
*Attorneys for Plaintiff*

                  /s/ Thomas D. Farris
                Thomas D. Farris