## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| WERNER KARL HEGEMANN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 2:18-CV-00179-D-BR |
| M&M AMERICAN, INC., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S OBJECTIONS TO EXHIBITS AND DESIGNATED VIDEOTAPED DEPOSITION TESTIMONY DISCLOSED IN DEFENDANT'S RULE 26(a)(3) DISCLOSURES**

TO: Defendant M&M AMERICAN, INC., to be served by and through its attorney of record, Thomas D. Farris, PETERSON FARRIS BYRD & PARKER, P.O. Box 9620, Amarillo, Texas 79105.

Plaintiff makes the following objections pursuant to Rule 26(a)(3) to the following exhibits and designated videotaped deposition testimony:

Defendant's Exhibits:

| EXHIBIT NO. | DESCRIPTION | BATES NO. | OBJECTION(S) |
|---|---|---|---|
| 13 | Ratavius Buchanan Driver Qualification File | M&M00011 – 00045, M&M00145 - 00148 | Hearsay, voluminous Plaintiff has no objections to the 2 exhibits used in Brian West's deposition bates labeled M&M00038 and M&M00032 |
| 14 | Ratavius Buchanan Statement | M&M00001 | Hearsay |
| 17 | Steven C. Schneider Report | M&M00095 – 00104 | Hearsay |
| 18 | Raymond Martin Report | M&M00108 – 00111 | Hearsay |
| 20 | Raymond Martin Supplemental Report | M&M00140 – 00142 | Hearsay |

| 21 | Donna Johnson Report | M&M00122 – 00130 | Hearsay |

Deposition Edit Objections:

### DEPOSITION OF ROBERT M. ROTH, Ph.D.:

| PAGE/LINE | OBJECTION |
| --- | --- |
| Page 25, Lines 3-9 | Lacks foundation, speculation |
| Page 37, Line 4 – Page 38, Line 6 | Relevance, Rule 403 prejudicial |
| Page 38, Lines 7-17 | Lacks foundation, speculation |
| Page 38, Line 18-Page 39, Line 7 | Lacks foundation, speculation |
| Page 46, Lines 2-23 | Lacks foundation, speculation |
| Page 49, Lines 5-22 | Lacks foundation, speculation, multifarious |

### DEPOSITION OF VIJAY M. THADANI, M.D.:

| PAGE/LINE | OBJECTION |
| --- | --- |
| Page 53, Lines 11-21 | Lacks foundation, speculation |
| Page 55, Line 24 - Page 56, Line 1 | Misleading, optional completeness |
| Page 72, Lines 9-22 | Mischaracterization of evidence and prior testimony |
| Page 76, Lines 8-14 | Mischaracterization of evidence, foundation, speculation and assumes facts not in evidence |
| Page 77, Lines 13-19 | Hearsay, relevance |
| Page 90, Line 15 – Page 91, Line 2 | Multifarious, lacks foundation |
| Page 92, Lines 10-13 | Relevance |
| Page 94, Line 25 – Page 95, Line 2 | Foundation, mischaracterizes prior testimony |

  Respectfully submitted,
  **MILLER WEISBROD, LLP**
  12750 Merit Dr., Suite 1100
  Dallas, Texas 75251
  (214) 987-0005
  (214) 987-2545 (Facsimile)

**BY:** */s/ Warren M. Armstrong*
  **CLAY MILLER**
  State Bar No. 00791266
  cmiller@millerweisbrod.com
  **WARREN ARMSTRONG**
  State Bar No. 24044432
  warmstrong@millerweisbrod.com
  **LAWRENCE R. LASSITER**
  Texas State Bar No. 11969850
  llassiter@millerweisbrod.com

        Lovell, Lovell, Isern & Farabough, LLP
        Kevin A. Isern, SBN 10432900
        112 S.W. 8th Ave., Suite 1000
        Amarillo, Texas 79101
        806-373-1515 – telephone
        806-379-7176 – facsimile
        kevin@lovell-law.net

        and

        LAW OFFICE OF RICHARD K. BOWEN
        Richard K. Bowen, *pro hac vice*
        bowenlaw@vermontel.net
        P. O. Box 119
        Springfield, VT  05156
        802-885-3154; FAX:  802-885-5028

        ***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel record through the Court's CM/ECF system on this 28th day of August, 2020.

        */s/ Warren M. Armstrong*
        **WARREN M. ARMSTRONG**