# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| WERNER KARL HEGEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:18-CV-00179-D-BR |
| | ) | |
| M&M AMERICAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S FIRST SUPPLEMENTAL
## RULE 26(A)(3)(A)(ii) DEPOSITION DESIGNATIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Werner Karl Hegemann, Plaintiff and files these First Supplemental Rule 26(a)(3)(a)(ii) deposition designations as required by Federal Rule of Civil Procedure 26(a)(3)(A).

        Respectfully submitted,

        **MILLER WEISBROD, LLP**
        11551 Forest Central Drive
        Forest Central II, Suite 300
        P. O. Box 821329 (75382)
        Dallas, Texas 75243
        (214) 987-0005
        (214) 987-2545 (Facsimile)

**BY:**    */s/ Warren M. Armstrong*
        **CLAY MILLER**
        State Bar No. 00791266
        cmiller@millerweisbrod.com
        **WARREN ARMSTRONG**
        State Bar No. 24044432
        warmstrong@millerweisbrod.com
        **LAWRENCE R. LASSITER**
        Texas State Bar No. 11969850

llassiter@millerweisbrod.com

and

LAW OFFICE OF RICHARD K. BOWEN
Richard K. Bowen, *pro hac vice*
bowenlaw@vermontel.net
P. O. Box 119
Springfield, VT  05156
802-885-3154; FAX:  802-885-5028

*ATTORNEYS FOR PLAINTIFF*

### CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of September, 2020, a true copy of the foregoing was submitted via the electronic case filing system with the Clerk of the U.S. District Court, Northern District of Texas and served upon all opposing parties, or their attorneys of record, by electronic delivery on this date.

                              */s/ Warren M. Armstrong*
                              **WARREN M. ARMSTRONG**

II.     **RULE 26(A)(3)(A)(ii): DEPOSITION DESIGNATIONS**

<u>**BRIAN WEST**</u>
<u>**TAKEN ON 08/28/2020**</u>

Page 5, Lines 15-18
Page 5, Line 21 – Page 6, Line 2
Page 7, Line 22 – Page 8, Line 1
Page 28, Lines 2-21
Page 29, Lines 11-22
Page 31, Line 5 – Page 32, Line 3
Page 32, Line 18 – Page 34, Line 12
Page 35, Line 8 – Page 37, Line 6
Page 38, Lines 12-15
Page 48, Lines 3-12
Page 51, Line 11 – Page 52, Line 3
Page 71, Lines 13-14