U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 11 2020
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| WERNER KARL HEGEMANN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 2:18-CV-179-Z |
| § | |
| M&M AMERICAN, INC., § | |
| § | |
| Defendant. § | |

## ORDER

The Court acknowledges the parties' stipulation to dismiss this suit with prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) filed on December 10, 2020. ECF No. 111. Accordingly, this case has been terminated. The Court hereby ORDERS the United States District Clerk to CLOSE this civil case. Each party shall bear its own fees and costs.

**SO ORDERED**.

December 11, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE